**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-6838**

---

KEVIN ROBERT WILLIAMS,

                                   Plaintiff - Appellant,

          versus

MR. BAYS, Senior Psychologist; DAVID ROBINSON,
Chief Warden; MR. HARVEY, Assistant Warden;
DR. ASHAN, Psychiatrist; K. DAVID JONES,
Psychologist,

                                   Defendants - Appellees.

---

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:07-cv-00019-sgw)

---

Submitted:  October 18, 2007        Decided:  October 25, 2007

---

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Kevin Robert Williams, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Robert Williams seeks to appeal the district court's order summarily dismissing Williams' 42 U.S.C. § 1983 (2000) action as to all but one claim, which is still proceeding below. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Williams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny Williams' motion to appoint counsel and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -